**E-FILED**
Thursday, 13 February, 2014  11:10:33 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| CRISTINA TITSWORTH, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 12-CV-2206** |
| ) | |
| COMMUNITY ALTERNATIVES ILLINOIS, ) | |
| INC., ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

A Report and Recommendation (#42) was filed by the Magistrate Judge in the above cause on January 17, 2014.   More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made.   See 28 U.S.C. § 636(b)(1).   The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

 IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#42) is accepted by this court.

(2) The Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 37(b)  (#20) filed by Defendant Community Alternatives Illinois is GRANTED.

(3) The court orders the following relief: (a) Evidence from any treating source on the issue of Plaintiff Cristina Titsworth's depression and anxiety is barred; (b) Plaintiff is ordered to pay costs and attorney fees reasonably incurred by Defendant in connection with Defendant's efforts to obtain proper responses to its requests.   Defendant shall file an affidavit of costs and fees within 21 (twenty-one) days after the entry of this order.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 13th day of February, 2014.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE